## SHIVERS *v.* WARDEN OF MARYLAND PENITENTIARY

[H. C. No. 8, September Term, 1958.]

*Decided October 23, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

This is an application by Calvin Shivers for leave to appeal from the denial of a writ of *habeas corpus*. All the allegations now raised were considered by this Court in a former application by this petitioner for leave to appeal, and rejected. *Shivers v. Warden*, 211 Md. 612. We are not persuaded now that we were wrong before.

*Application denied, with costs.*